**Order entered July 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00221-CR

### JHAN EMAD BAHAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-85847-2017**

## ORDER

Before the Court is appellant's July 5, 2018 motion for rehearing. We **ORDER** the

State's response, if any, filed on or before July 23, 2018. *See* TEX. R. APP. P. 49.2.

/s/    LANA MYERS
       JUSTICE